JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:**          **Category No.** II          **Investigating Agency** FBI

**City**   Boston                    **Related Case Information:**

**County**   Suffolk              Superseding Ind./ Inf. _____   Case No. _____
                                 Same Defendant _____   New Defendant _____
                                 Magistrate Judge Case Number _____
                                 Search Warrant Case Number   See attached sheet
                                 R 20/R 40 from District of _____

**Defendant Information:**

**Defendant Name**   Mario Castro          Juvenile:          ☐ Yes  ☑ No

          Is this person an attorney and/or a member of any state/federal bar:   ☐ Yes  ☑ No

**Alias Name** _____

**Address**   (City & State)  Dorchester, MA

**Birth date (Yr only):** 1968   **SSN (last4#):** 8662   **Sex** M   **Race:** Hispanic   **Nationality:** USA

**Defense Counsel if known:** _____          Address _____

**Bar Number** _____

**U.S. Attorney Information:**

**AUSA**   Karen Beausey          **Bar Number if applicable**   CA 155258

**Interpreter:**   ☐ Yes  ☑ No          List language and/or dialect: _____

**Victims:**   ☐ Yes ☑ No  If yes, are there multiple crime victims under 18 USC§3771(d)(2)   ☐ Yes  ☐ No

**Matter to be SEALED:**   ☑ Yes  ☐ No

          ☑ Warrant Requested          ☐ Regular Process          ☐ In Custody

**Location Status:**

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____ .
☐ Already in State Custody at _____  ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____ on _____

**Charging Document:**   ☐ Complaint   ☐ Information   ☑ Indictment

**Total # of Counts:**   ☐ Petty _____   ☐ Misdemeanor _____   ☑ Felony  2

Continue on Page 2 for Entry of U.S.C. Citations

☑   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
     accurately set forth above.

Date:   11/9/16          Signature of AUSA: _____

JS 45  (5/97)  (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**    Mario Castro _____

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C. § 846 | Conspiracy to Distribute and to Possess with Intent to Distribute Methamphetamine | 1 |
| Set 2 | 21 U.S.C. § 841(a)(1) | Possession of Methamphetamine with Intent to Distribute | 6 |
| Set 3 | 21 U.S.C. § 853 | Drug Asset Forfeiture Allegation | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

USAMA *CRIM* - Criminal Case Cover Sheet.pdf  3/4/2013

## JS-45 ATTACHMENTS

| SEARCH WARRANTS | TRACKING WARRANTS |
|---|---|
| 15-4146-DHH | 15-4193-DHH |
| 15-4184-DHH | 15-4216-DHH |
| 15-4185-DHH | 15-4298-DHH |
| 15-4186-DHH | 15-4428-DHH |
| 15-4187-DHH | |
| 15-4428-DHH | |
| 16-4000-DHH | |
| 16-4001-DHH | |
| 16-4002-DHH | |
| 16-4004-DHH | |
| 16-4005-DHH | |
| 16-4006-DHH | |
| 16-4007-DHH | |
| 16-4008-DHH | |
| 16-4009-DHH | |
| 16-4010-DHH | |
| 16-4019-DHH | |
| 16-4061-DHH | |
| 16-4062-DHH | |
| 16-4063-DHH | |
| 16-4064-DHH | |
| 16-4065-DHH | |
| 16-4066-DHH | |
| 16-4067-DHH | |
| 16-4068-DHH | |
| 16-4069-DHH | |
| 16-4070-DHH | |
| 16-4071-DHH | |
| 16-4072-DHH | |
| 16-4073-DHH | |
| 16-4074-DHH | |
| 16-4075-DHH | |
| 16-4076-DHH | |
| 16-4077-DHH | |
| 16-4078-DHH | |
| 16-4079-DHH | |
| 16-4080-DHH | |
| 16-4081-DHH | |
| 16-4082-DHH | |
| 16-4083-DHH | |
| 16-4326-DHH | |

§JS 45  (5/97) - (Revised U.S.D.C. MA 3/25/2011)

**Criminal Case Cover Sheet**                         **U.S. District Court - District of Massachusetts**

**Place of Offense:**        Category No.  __II__            Investigating Agency  __FBI__

**City**    __Allston__                  **Related Case Information:**

**County**  __Suffolk__            Superseding Ind./ Inf. _____ Case No. _____
                                   Same Defendant _____ New Defendant _____
                                   Magistrate Judge Case Number _____
                                   Search Warrant Case Number  __See attached sheet__
                                   R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name  __Jeffrey Carlo__                Juvenile:    ☐ Yes  ☑ No

                Is this person an attorney and/or a member of any state/federal bar:   ☐ Yes  ☑ No

Alias Name  _____

Address     __(City & State)__  Dorchester, MA

Birth date (Yr only): __1988__  SSN (last4#): __6351__   Sex __M__    Race: __Hispanic__   Nationality: __USA__

**Defense Counsel if known:** _____        Address _____

**Bar Number** _____                       _____

**U.S. Attorney Information:**

**AUSA** __Karen Beausey__              Bar Number if applicable  __CA 155258__

**Interpreter:**  ☐ Yes  ☑ No        List language and/or dialect: _____

**Victims:**   ☐Yes ☑No  If yes, are there multiple crime victims under 18 USC§3771(d)(2)   ☐ Yes  ☐ No

**Matter to be SEALED:**  ☑ Yes   ☐ No

    ☑ Warrant Requested     ☐ Regular Process        ☐ In Custody

**Location Status:**

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____ .
☐ Already in State Custody at _____ ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by: _____ on _____

**Charging Document:**   ☐ Complaint   ☐ Information   ☑ Indictment

**Total # of Counts:**   ☐ Petty ___   ☐ Misdemeanor ___   ☑ Felony __2__

Continue on Page 2 for Entry of U.S.C. Citations

☑   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
     accurately set forth above.
Date: __11/9/16__        Signature of AUSA: _____

JS 45  (5/97)  (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    Jeffrey Carlo    _____

### U.S.C. Citations

| | __Index Key/Code__ | __Description of Offense Charged__ | __Count Numbers__ |
|---|---|---|---|
| Set 1 | 21 U.S.C. § 846 | Conspiracy to Distribute and to Possess with Intent to Distribute Methamphetamine | 1 |
| Set 2 | 18 U.S.C. § 1956(h) | Conspiracy to Launder Monetary Instruments | 10 |
| Set 3 | 21 U.S.C. § 853 | Drug Asset Forfeiture Allegation | |
| Set 4 | 18 U.S.C. § 982(a)(1) | Money Laundering Forfeiture Allegation | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

USAMA *CRIM* - Criminal Case Cover Sheet.pdf  3/4/2013

## JS–45 ATTACHMENTS

**SEARCH WARRANTS**

15-4146-DHH
15-4184-DHH
15-4185-DHH
15-4186-DHH
15-4187-DHH
15-4428-DHH
16-4000-DHH
16-4001-DHH
16-4002-DHH
16-4004-DHH
16-4005-DHH
16-4006-DHH
16-4007-DHH
16-4008-DHH
16-4009-DHH
16-4010-DHH
16-4019-DHH
16-4061-DHH
16-4062-DHH
16-4063-DHH
16-4064-DHH
16-4065-DHH
16-4066-DHH
16-4067-DHH
16-4068-DHH
16-4069-DHH
16-4070-DHH
16-4071-DHH
16-4072-DHH
16-4073-DHH
16-4074-DHH
16-4075-DHH
16-4076-DHH
16-4077-DHH
16-4078-DHH
16-4079-DHH
16-4080-DHH
16-4081-DHH
16-4082-DHH
16-4083-DHH
16-4326-DHH

**TRACKING WARRANTS**

15-4193-DHH
15-4216-DHH
15-4298-DHH
15-4428-DHH

JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

**Criminal Case Cover Sheet**                                      **U.S. District Court - District of Massachusetts**

**Place of Offense:**              **Category No.** __II__        **Investigating Agency** __FBI__

**City** __Qunicy__                **Related Case Information:**

**County** __Norfolk__             Superseding Ind./ Inf. _____   Case No. _____
                                   Same Defendant _____   New Defendant _____
                                   Magistrate Judge Case Number _____
                                   Search Warrant Case Number __See attached sheet__
                                   R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __James Giannetta__                     Juvenile:        ☐ Yes  ☑ No

                 Is this person an attorney and/or a member of any state/federal bar:   ☐ Yes  ☑ No

Alias Name _____

Address          __(City & State)__  Quincy, MA

Birth date (Yr only): __1955__  SSN (last4#): __1723__  Sex __M__   Race: __Caucasian__   Nationality: __USA__

**Defense Counsel if known:** __Vikas Dhar__                Address __1 Constitution Center__

**Bar Number** _____                                   Suite 300
                                                            Charlestown, MA 02129
**U.S. Attorney Information:**

**AUSA** __Karen Beausey__                    Bar Number if applicable __CA 155258__

**Interpreter:**   ☐ Yes  ☑ No       List language and/or dialect: _____

**Victims:**    ☐ Yes ☑ No  If yes, are there multiple crime victims under 18 USC§3771(d)(2)   ☐ Yes  ☐ No

**Matter to be SEALED:**   ☑ Yes  ☐ No

      ☑ Warrant Requested          ☐ Regular Process          ☐ In Custody

**Location Status:**

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____ .
☐ Already in State Custody at _____ ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____ on _____

**Charging Document:**   ☐ Complaint   ☐ Information   ☑ Indictment

**Total # of Counts:**   ☐ Petty _____ ☐ Misdemeanor _____ ☑ Felony __3__

Continue on Page 2 for Entry of U.S.C. Citations

☑   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
    accurately set forth above.

Date: _____          Signature of AUSA: _____

JS 45  (5/97)  (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant** ____James Giannetta_____

### U.S.C. Citations

| | __Index Key/Code__ | __Description of Offense Charged__ | __Count Numbers__ |
|---|---|---|---|
| Set 1 | 21 U.S.C. § 846 | Conspiracy to Distribute and to Possess with Intent to Distribute Methamphetamine | 1 |
| Set 2 | 21 U.S.C. § 841(a)(1) | Distribution of Methamphetamine | 8 |
| Set 3 | 18 U.S.C. § 1956(h) | Conspiracy to Launder Monetary Instruments | 10 |
| Set 4 | 21 U.S.C. § 853 | Drug Asset Forfeiture Allegation | |
| Set 5 | 18 U.S.C. § 982(a)(1) | Money Laundering Forfeiture Allegation | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

## JS-45 ATTACHMENTS

**SEARCH WARRANTS**

15-4146-DHH
15-4184-DHH
15-4185-DHH
15-4186-DHH
15-4187-DHH
15-4428-DHH
16-4000-DHH
16-4001-DHH
16-4002-DHH
16-4004-DHH
16-4005-DHH
16-4006-DHH
16-4007-DHH
16-4008-DHH
16-4009-DHH
16-4010-DHH
16-4019-DHH
16-4061-DHH
16-4062-DHH
16-4063-DHH
16-4064-DHH
16-4065-DHH
16-4066-DHH
16-4067-DHH
16-4068-DHH
16-4069-DHH
16-4070-DHH
16-4071-DHH
16-4072-DHH
16-4073-DHH
16-4074-DHH
16-4075-DHH
16-4076-DHH
16-4077-DHH
16-4078-DHH
16-4079-DHH
16-4080-DHH
16-4081-DHH
16-4082-DHH
16-4083-DHH
16-4326-DHH

**TRACKING WARRANTS**

15-4193-DHH
15-4216-DHH
15-4298-DHH
15-4428-DHH

JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:**          **Category No.** __II__          **Investigating Agency** __FBI__

**City** __Allston__

**County** __Suffolk__          **Related Case Information:**

Superseding Ind./ Inf. _____ Case No. _____
Same Defendant _____ New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number __See attached sheet__
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __Jesse Gillis__          Juvenile:       ☐ Yes  ☑ No

Is this person an attorney and/or a member of any state/federal bar:       ☐ Yes  ☑ No

Alias Name _____

Address       __(City & State)__ __San Diego, CA__

Birth date (Yr only): __1985__ SSN (last4#): __2303__ Sex __M__     Race: __Caucasian__     Nationality: __USA__

**Defense Counsel if known:** _____          Address _____

**Bar Number** _____

**U.S. Attorney Information:**

**AUSA** __Karen Beausey__          Bar Number if applicable __CA 155258__

**Interpreter:**    ☐ Yes  ☑ No          List language and/or dialect: _____

**Victims:**    ☐ Yes ☑ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2)   ☐ Yes  ☐ No

**Matter to be SEALED:**    ☑ Yes  ☐ No

   ☑ Warrant Requested       ☐ Regular Process       ☐ In Custody

**Location Status:**

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____ .
☐ Already in State Custody at _____ ☐ Serving Sentence     ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____ on _____

**Charging Document:**    ☐ Complaint       ☐ Information       ☑ Indictment

**Total # of Counts:**    ☐ Petty _____ ☐ Misdemeanor _____ ☑ Felony __2__

Continue on Page 2 for Entry of U.S.C. Citations

☑   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
accurately set forth above.

Date: __11/9/16__          Signature of AUSA: _____

JS 45 (5/97) (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant** _____ Jesse Gillis _____

### U.S.C. Citations

| | <u>Index Key/Code</u> | <u>Description of Offense Charged</u> | <u>Count Numbers</u> |
|---|---|---|---|
| Set 1 | 21 U.S.C. § 846 | Conspiracy to Distribute and to Possess with Intent to Distribute Methamphetamine | 1 |
| Set 2 | 18 U.S.C. § 1956(h) | Conspiracy to Launder Monetary Instruments | 10 |
| Set 3 | 21 U.S.C. § 853 | Drug Asset Forfeiture Allegation | |
| Set 4 | 18 U.S.C. § 982(a)(1) | Money Laundering Forfeiture Allegation | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

USAMA *CRIM* - Criminal Case Cover Sheet.pdf  3/4/2013

## <u>JS-45 ATTACHMENTS</u>

**SEARCH WARRANTS**

15-4146-DHH
15-4184-DHH
15-4185-DHH
15-4186-DHH
15-4187-DHH
15-4428-DHH
16-4000-DHH
16-4001-DHH
16-4002-DHH
16-4004-DHH
16-4005-DHH
16-4006-DHH
16-4007-DHH
16-4008-DHH
16-4009-DHH
16-4010-DHH
16-4019-DHH
16-4061-DHH
16-4062-DHH
16-4063-DHH
16-4064-DHH
16-4065-DHH
16-4066-DHH
16-4067-DHH
16-4068-DHH
16-4069-DHH
16-4070-DHH
16-4071-DHH
16-4072-DHH
16-4073-DHH
16-4074-DHH
16-4075-DHH
16-4076-DHH
16-4077-DHH
16-4078-DHH
16-4079-DHH
16-4080-DHH
16-4081-DHH
16-4082-DHH
16-4083-DHH
16-4326-DHH

**TRACKING WARRANTS**

15-4193-DHH
15-4216-DHH
15-4298-DHH
15-4428-DHH

JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

**Criminal Case Cover Sheet**                     **U.S. District Court - District of Massachusetts**

**Place of Offense:**          Category No. __II__          **Investigating Agency** __FBI__

City __Boston__                **Related Case Information:**

County __Suffolk__             Superseding Ind./ Inf. _____ Case No. _____
                               Same Defendant _____ New Defendant _____
                               Magistrate Judge Case Number _____
                               Search Warrant Case Number __See attached sheet__
                               R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __Jorge Grandon__                     Juvenile:      ☐ Yes  ☑ No

            Is this person an attorney and/or a member of any state/federal bar:   ☐ Yes  ☑ No

Alias Name _____

Address      __(City & State)__ Boston, MA

Birth date (Yr only): __1969__  SSN (last4#): __6267__  Sex __M__    Race: __Hispanic__    Nationality: __USA__

**Defense Counsel if known:** _____          Address _____

**Bar Number** _____

**U.S. Attorney Information:**

**AUSA** __Karen Beausey__                Bar Number if applicable __CA 155258__

**Interpreter:**     ☐ Yes  ☑ No          List language and/or dialect: _____

**Victims:**      ☐ Yes ☑ No  If yes, are there multiple crime victims under 18 USC§3771(d)(2)    ☐ Yes  ☐ No

**Matter to be SEALED:**    ☑ Yes   ☐ No

      ☑ Warrant Requested        ☐ Regular Process          ☐ In Custody

**Location Status:**

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____ .
☐ Already in State Custody at _____  ☐ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____ on _____

**Charging Document:**    ☐ Complaint       ☐ Information       ☑ Indictment

**Total # of Counts:**    ☐ Petty _____  ☐ Misdemeanor _____  ☑ Felony __2__

Continue on Page 2 for Entry of U.S.C. Citations

☑   **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date: __11/9/16__          Signature of AUSA: _[signature]_

JS 45 (5/97) (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant** _____ Jorge Grandon _____

### U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 21 U.S.C. § 846 | Conspiracy to Distribute and to Possess with Intent to Distribute Methamphetamine | 1 |
| Set 2 | 21 U.S.C. § 841(a)(1) | Possession of Methamphetamine with Intent to Distribute | 6 |
| Set 3 | 21 U.S.C. § 853 | Drug Asset Forfeiture Allegation | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

USAMA *CRIM* - Criminal Case Cover Sheet.pdf  3/4/2013

## JS-45 ATTACHMENTS

| SEARCH WARRANTS | TRACKING WARRANTS |
|---|---|
| 15-4146-DHH | 15-4193-DHH |
| 15-4184-DHH | 15-4216-DHH |
| 15-4185-DHH | 15-4298-DHH |
| 15-4186-DHH | 15-4428-DHH |
| 15-4187-DHH | |
| 15-4428-DHH | |
| 16-4000-DHH | |
| 16-4001-DHH | |
| 16-4002-DHH | |
| 16-4004-DHH | |
| 16-4005-DHH | |
| 16-4006-DHH | |
| 16-4007-DHH | |
| 16-4008-DHH | |
| 16-4009-DHH | |
| 16-4010-DHH | |
| 16-4019-DHH | |
| 16-4061-DHH | |
| 16-4062-DHH | |
| 16-4063-DHH | |
| 16-4064-DHH | |
| 16-4065-DHH | |
| 16-4066-DHH | |
| 16-4067-DHH | |
| 16-4068-DHH | |
| 16-4069-DHH | |
| 16-4070-DHH | |
| 16-4071-DHH | |
| 16-4072-DHH | |
| 16-4073-DHH | |
| 16-4074-DHH | |
| 16-4075-DHH | |
| 16-4076-DHH | |
| 16-4077-DHH | |
| 16-4078-DHH | |
| 16-4079-DHH | |
| 16-4080-DHH | |
| 16-4081-DHH | |
| 16-4082-DHH | |
| 16-4083-DHH | |
| 16-4326-DHH | |

JS 45  (5/97) - (Revised U.S.D.C. MA 3/25/2011)

**Criminal Case Cover Sheet**                                    **U.S. District Court - District of Massachusetts**

**Place of Offense:**          **Category No.**  __II__          **Investigating Agency**  __FBI__

**City**   __Chelsea__

**County**   __Suffolk__          **Related Case Information:**

Superseding Ind./ Inf. _____ Case No. _____
Same Defendant _____ New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number   __See attached sheet__
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   __Christopher Halfond__          Juvenile:      ☐ Yes  ☑ No

Is this person an attorney and/or a member of any state/federal bar:      ☐ Yes  ☑ No

Alias Name _____

Address          __(City & State)__  Carlsbad, CA

Birth date (Yr only): __1981__  SSN (last4#): __2757__  Sex __M__     Race: __Caucasian__     Nationality: __USA__

**Defense Counsel if known:** _____     Address _____

**Bar Number** _____

**U.S. Attorney Information:**

**AUSA**   __Karen Beausey__          Bar Number if applicable    __CA 155258__

**Interpreter:**     ☐ Yes  ☑ No          List language and/or dialect: _____

**Victims:**     ☐ Yes ☑ No  If yes, are there multiple crime victims under 18 USC§3771(d)(2)     ☐ Yes  ☐ No

**Matter to be SEALED:**     ☑ Yes   ☐ No

☑ Warrant Requested          ☐ Regular Process          ☐ In Custody

**Location Status:**

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____ .
☐ Already in State Custody at _____ ☐ Serving Sentence     ☐ Awaiting Trial
☐ On Pretrial Release:    Ordered by: _____ on _____

**Charging Document:**     ☐ Complaint          ☐ Information          ☑ Indictment

**Total # of Counts:**     ☐ Petty _____  ☐ Misdemeanor _____  ☑ Felony __2__

Continue on Page 2 for Entry of U.S.C. Citations

☑      I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
accurately set forth above.

Date:  __11/9/16__          Signature of AUSA: _____

JS 45 (5/97) (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**      Christopher Halfond

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C. § 846 | Conspiracy to Distribute and to Possess with Intent to Distribute Methamphetamine | 1 |
| Set 2 | 21 U.S.C. § 841(a)(1) | Distribution of Methamphetamine | 2 |
| Set 3 | 21 U.S.C. § 853 | Drug Asset Forfeiture Allegation | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

USAMA *CRIM* - Criminal Case Cover Sheet.pdf  3/4/2013

## JS-45 ATTACHMENTS

**SEARCH WARRANTS**

15-4146-DHH
15-4184-DHH
15-4185-DHH
15-4186-DHH
15-4187-DHH
15-4428-DHH
16-4000-DHH
16-4001-DHH
16-4002-DHH
16-4004-DHH
16-4005-DHH
16-4006-DHH
16-4007-DHH
16-4008-DHH
16-4009-DHH
16-4010-DHH
16-4019-DHH
16-4061-DHH
16-4062-DHH
16-4063-DHH
16-4064-DHH
16-4065-DHH
16-4066-DHH
16-4067-DHH
16-4068-DHH
16-4069-DHH
16-4070-DHH
16-4071-DHH
16-4072-DHH
16-4073-DHH
16-4074-DHH
16-4075-DHH
16-4076-DHH
16-4077-DHH
16-4078-DHH
16-4079-DHH
16-4080-DHH
16-4081-DHH
16-4082-DHH
16-4083-DHH
16-4326-DHH

**TRACKING WARRANTS**

15-4193-DHH
15-4216-DHH
15-4298-DHH
15-4428-DHH

JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

Place of Offense:          Category No. **II**          Investigating Agency **FBI**

City   **Boston**                          Related Case Information:

County   **Suffolk**                       Superseding Ind./ Inf. _____ Case No. _____
                                           Same Defendant _____ New Defendant _____
                                           Magistrate Judge Case Number _____
                                           Search Warrant Case Number **See attached sheet**
                                           R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   **Matthew Metz**                     Juvenile:    ☐ Yes  ☑ No

                 Is this person an attorney and/or a member of any state/federal bar:   ☐ Yes  ☑ No

Alias Name   _____

Address   (City & State) **Allston, MA**

Birth date (Yr only): **1975**  SSN (last4#): **5989**  Sex **M**   Race: **Caucasian**   Nationality: **USA**

**Defense Counsel if known:**   **John Calcagni**          Address **1 Custom House Street**

**Bar Number** _____                                  **Suite 300**
                                                          **Providence, RI 02903**

**U.S. Attorney Information:**

AUSA   **Karen Beausey**                    Bar Number if applicable   **CA 155258**

Interpreter:   ☐ Yes  ☑ No          List language and/or dialect: _____

Victims:   ☐ Yes ☑ No  If yes, are there multiple crime victims under 18 USC§3771(d)(2)   ☐ Yes  ☐ No

Matter to be SEALED:   ☑ Yes   ☐ No

        ☐ Warrant Requested          ☑ Regular Process          ☐ In Custody

**Location Status:**

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____ .
☐ Already in State Custody at _____ ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____ on _____

**Charging Document:**   ☐ Complaint   ☐ Information   ☑ Indictment

**Total # of Counts:**   ☐ Petty _____ ☐ Misdemeanor _____ ☑ Felony __5__

Continue on Page 2 for Entry of U.S.C. Citations

☑   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
     accurately set forth above.

Date:  **11/9/16**          Signature of AUSA: _____

JS 45  (5/97)  (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**     Matthew Metz _____

### U.S.C. Citations

| | __Index Key/Code__ | __Description of Offense Charged__ | __Count Numbers__ |
|---|---|---|---|
| Set 1 | 21 U.S.C. § 846 | Conspiracy to Distribute and to Possedd with Intent to Distribute Methamphetamine | 1 |
| Set 2 | 21 U.S.C. § 841(a)(1) | Possession of Methamphetamine with Intent to Distribute | 3 |
| Set 3 | 21 U.S.C. § 841(a)(1) | Possession of Methamphetamine with Intent to Distribute | 4 |
| Set 4 | 21 U.S.C. § 841(a)(1) | Distribution of Methamphetamine | 5 |
| Set 5 | 18 U.S.C. § 1956(h) | Conspiracy to Launder Monetary Instruments | 10 |
| Set 6 | 21 U.S.C. § 853 | Drug Asset Forfeiture Allegation | |
| Set 7 | 18 U.S.C. § 982(a)(1) | Money Laundering Forfeiture Allegation | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

## JS-45 ATTACHMENTS

**SEARCH WARRANTS**

15-4146-DHH
15-4184-DHH
15-4185-DHH
15-4186-DHH
15-4187-DHH
15-4428-DHH
16-4000-DHH
16-4001-DHH
16-4002-DHH
16-4004-DHH
16-4005-DHH
16-4006-DHH
16-4007-DHH
16-4008-DHH
16-4009-DHH
16-4010-DHH
16-4019-DHH
16-4061-DHH
16-4062-DHH
16-4063-DHH
16-4064-DHH
16-4065-DHH
16-4066-DHH
16-4067-DHH
16-4068-DHH
16-4069-DHH
16-4070-DHH
16-4071-DHH
16-4072-DHH
16-4073-DHH
16-4074-DHH
16-4075-DHH
16-4076-DHH
16-4077-DHH
16-4078-DHH
16-4079-DHH
16-4080-DHH
16-4081-DHH
16-4082-DHH
16-4083-DHH
16-4326-DHH

**TRACKING WARRANTS**

15-4193-DHH
15-4216-DHH
15-4298-DHH
15-4428-DHH

JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

**Criminal Case Cover Sheet**　　　　　　　　　**U.S. District Court - District of Massachusetts**

**Place of Offense:**　　　　**Category No.**　__II__　　　**Investigating Agency**　__FBI__

**City**　__Chelsea__

**County**　__Suffolk__　　**Related Case Information:**

Superseding Ind./ Inf. _____ Case No. _____
Same Defendant _____ New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number ___See attached sheet___
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name　__Russell Ormiston__　　　　Juvenile:　☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar:　☐ Yes ☑ No

Alias Name _____

Address　__(City & State)__ Chelsea, MA

Birth date (Yr only): __1966__ SSN (last4#): __9354__ Sex __M__　Race: __Caucasian__　Nationality: __USA__

**Defense Counsel if known:** _____　Address _____

**Bar Number** _____

**U.S. Attorney Information:**

**AUSA**　__Karen Beausey__　　　Bar Number if applicable　__CA 155258__

**Interpreter:**　☐ Yes ☑ No　　List language and/or dialect: _____

**Victims:**　☐ Yes ☑ No　If yes, are there multiple crime victims under 18 USC§3771(d)(2)　☐ Yes ☐ No

**Matter to be SEALED:**　☑ Yes　☐ No

☐ Warrant Requested　　☑ Regular Process　　☐ In Custody

**Location Status:**

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____ .
☐ Already in State Custody at _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release:　Ordered by: _____ on _____

**Charging Document:**　☐ Complaint　☐ Information　☑ Indictment

**Total # of Counts:**　☐ Petty _____ ☐ Misdemeanor _____ ☑ Felony __1__

Continue on Page 2 for Entry of U.S.C. Citations

☑　I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: __11/9/16__　　Signature of AUSA: _____

JS 45  (5/97)  (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    Russell Ormiston _____

**U.S.C. Citations**

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 21 U.S.C. § 846 | Conspiracy to Distribute and to Possess with Intent to Distribute Methamphetamine | 1 |
| Set 2 | 21 U.S.C. § 853 | Drug Asset Forfeiture Allegation | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

USAMA *CRIM* - Criminal Case Cover Sheet.pdf  3/4/2013

## JS-45 ATTACHMENTS

**SEARCH WARRANTS**

15-4146-DHH
15-4184-DHH
15-4185-DHH
15-4186-DHH
15-4187-DHH
15-4428-DHH
16-4000-DHH
16-4001-DHH
16-4002-DHH
16-4004-DHH
16-4005-DHH
16-4006-DHH
16-4007-DHH
16-4008-DHH
16-4009-DHH
16-4010-DHH
16-4019-DHH
16-4061-DHH
16-4062-DHH
16-4063-DHH
16-4064-DHH
16-4065-DHH
16-4066-DHH
16-4067-DHH
16-4068-DHH
16-4069-DHH
16-4070-DHH
16-4071-DHH
16-4072-DHH
16-4073-DHH
16-4074-DHH
16-4075-DHH
16-4076-DHH
16-4077-DHH
16-4078-DHH
16-4079-DHH
16-4080-DHH
16-4081-DHH
16-4082-DHH
16-4083-DHH
16-4326-DHH

**TRACKING WARRANTS**

15-4193-DHH
15-4216-DHH
15-4298-DHH
15-4428-DHH

JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:**          Category No. __II__          Investigating Agency __FBI__

City __Boston__

County __Suffolk__          **Related Case Information:**

Superseding Ind./ Inf. _____ Case No. _____
Same Defendant _____ New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number __See attached sheet__
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __Daniel Ponce__          Juvenile:   ☐ Yes  ☑ No

Is this person an attorney and/or a member of any state/federal bar:   ☐ Yes  ☑ No

Alias Name _____

Address __(City & State) Boston, MA__

Birth date (Yr only): __1978__  SSN (last4#): __2415__  Sex __M__  Race: __Caucasian__  Nationality: __USA__

**Defense Counsel if known:** _____  Address _____

**Bar Number** _____

**U.S. Attorney Information:**

**AUSA** __Karen Beausey__          Bar Number if applicable __CA 155258__

**Interpreter:**   ☐ Yes  ☑ No          List language and/or dialect: _____

**Victims:**   ☐ Yes  ☑ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2)   ☐ Yes  ☐ No

**Matter to be SEALED:**   ☑ Yes  ☐ No

   ☐ Warrant Requested   ☑ Regular Process   ☐ In Custody

**Location Status:**

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____ .
☐ Already in State Custody at _____  ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____ on _____

**Charging Document:**   ☐ Complaint   ☐ Information   ☑ Indictment

**Total # of Counts:**   ☐ Petty _____   ☐ Misdemeanor _____   ☑ Felony __1__

Continue on Page 2 for Entry of U.S.C. Citations

☑  **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date: __11/9/16__          Signature of AUSA: _(signature)_

JS 45  (5/97)  (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**      Daniel Ponce

### U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 21 U.S.C. § 841(a)(1) | Possession of Methamphetamine with the Intent to Distribute | 9 |
| Set 2 | 21 U.S.C. § 853 | Drug Asset Forfeiture Allegation | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

USAMA *CRIM* - Criminal Case Cover Sheet.pdf  3/4/2013

## JS-45 ATTACHMENTS

**SEARCH WARRANTS**

15-4146-DHH
15-4184-DHH
15-4185-DHH
15-4186-DHH
15-4187-DHH
15-4428-DHH
16-4000-DHH
16-4001-DHH
16-4002-DHH
16-4004-DHH
16-4005-DHH
16-4006-DHH
16-4007-DHH
16-4008-DHH
16-4009-DHH
16-4010-DHH
16-4019-DHH
16-4061-DHH
16-4062-DHH
16-4063-DHH
16-4064-DHH
16-4065-DHH
16-4066-DHH
16-4067-DHH
16-4068-DHH
16-4069-DHH
16-4070-DHH
16-4071-DHH
16-4072-DHH
16-4073-DHH
16-4074-DHH
16-4075-DHH
16-4076-DHH
16-4077-DHH
16-4078-DHH
16-4079-DHH
16-4080-DHH
16-4081-DHH
16-4082-DHH
16-4083-DHH
16-4326-DHH

**TRACKING WARRANTS**

15-4193-DHH
15-4216-DHH
15-4298-DHH
15-4428-DHH

≈JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

**Criminal Case Cover Sheet**                              **U.S. District Court - District of Massachusetts**

**Place of Offense:**          **Category No.**  II          **Investigating Agency**  FBI

**City**    Boston                    **Related Case Information:**

**County**   Suffolk                  Superseding Ind./ Inf. _____  Case No. _____
                                      Same Defendant _____  New Defendant _____
                                      Magistrate Judge Case Number _____
                                      Search Warrant Case Number  See attached sheet
                                      R 20/R 40 from District of _____

**Defendant Information:**

**Defendant Name**   Bruce Reisman                    Juvenile:        ☐ Yes  ☑ No

                     Is this person an attorney and/or a member of any state/federal bar:    ☐ Yes  ☑ No

**Alias Name** _____

**Address**     (City & State)  Boston, MA

Birth date (Yr only): 1959  SSN (last4#): 2415   Sex M    Race: Caucasian    Nationality: USA

**Defense Counsel if known:**    Michael Doolin          Address  512 Gallivan Blvd. #8

**Bar Number** _____                               Dorchester, MA 02124

**U.S. Attorney Information:**

**AUSA**    Karen Beausey                    Bar Number if applicable    CA 155258

**Interpreter:**    ☐ Yes  ☑ No         List language and/or dialect: _____

**Victims:**    ☐ Yes ☑ No  If yes, are there multiple crime victims under 18 USC§3771(d)(2)   ☐ Yes  ☐ No

**Matter to be SEALED:**    ☑ Yes   ☐ No

        ☐ Warrant Requested        ☑ Regular Process        ☐ In Custody

**Location Status:**

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____ .
☐ Already in State Custody at _____  ☐ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____ on _____

**Charging Document:**    ☐ Complaint        ☐ Information        ☑ Indictment

**Total # of Counts:**    ☐ Petty _____  ☐ Misdemeanor _____  ☑ Felony  1

Continue on Page 2 for Entry of U.S.C. Citations

☑    **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date:  11/9/16          Signature of AUSA: _____

JS 45  (5/97)  (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**      Bruce Reisman _____

### U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 21 U.S.C. § 841(a)(1) | Possession of Methamphetamine with the Intent to Distribute | 1 |
| Set 2 | 21 U.S.C. § 853 | Drug Asset Forfeiture Allegation | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

USAMA *CRIM* - Criminal Case Cover Sheet.pdf  3/4/2013

## JS-45 ATTACHMENTS

**SEARCH WARRANTS**

15-4146-DHH
15-4184-DHH
15-4185-DHH
15-4186-DHH
15-4187-DHH
15-4428-DHH
16-4000-DHH
16-4001-DHH
16-4002-DHH
16-4004-DHH
16-4005-DHH
16-4006-DHH
16-4007-DHH
16-4008-DHH
16-4009-DHH
16-4010-DHH
16-4019-DHH
16-4061-DHH
16-4062-DHH
16-4063-DHH
16-4064-DHH
16-4065-DHH
16-4066-DHH
16-4067-DHH
16-4068-DHH
16-4069-DHH
16-4070-DHH
16-4071-DHH
16-4072-DHH
16-4073-DHH
16-4074-DHH
16-4075-DHH
16-4076-DHH
16-4077-DHH
16-4078-DHH
16-4079-DHH
16-4080-DHH
16-4081-DHH
16-4082-DHH
16-4083-DHH
16-4326-DHH

**TRACKING WARRANTS**

15-4193-DHH
15-4216-DHH
15-4298-DHH
15-4428-DHH

JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

**Criminal Case Cover Sheet**                          **U.S. District Court - District of Massachusetts**

**Place of Offense:**          Category No. __II__          **Investigating Agency** __FBI__

**City** __Chelsea__                    **Related Case Information:**

**County** __Suffolk__                  Superseding Ind./ Inf. _____  Case No. _____
                                        Same Defendant _____  New Defendant _____
                                        Magistrate Judge Case Number _____
                                        Search Warrant Case Number ___See attached sheet___
                                        R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __Steven Beadles__                    Juvenile:    ☐ Yes  ☑ No

              Is this person an attorney and/or a member of any state/federal bar:    ☐ Yes  ☑ No

Alias Name _____

Address      __(City & State)__ Chelsea, MA

Birth date (Yr only): __1958__  SSN (last4#): __6527__   Sex __M__    Race: __Caucasian__   Nationality: __USA__

**Defense Counsel if known:** _____          Address _____

**Bar Number** _____                                    _____

**U.S. Attorney Information:**

**AUSA** __Karen Beausey__                    Bar Number if applicable __CA 155258__

**Interpreter:**    ☐ Yes  ☑ No          List language and/or dialect: _____

**Victims:**    ☐ Yes ☑ No  If yes, are there multiple crime victims under 18 USC§3771(d)(2)    ☐ Yes  ☐ No

**Matter to be SEALED:**    ☑ Yes  ☐ No

        ☐ Warrant Requested          ☑ Regular Process          ☐ In Custody

**Location Status:**

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____ .
☐ Already in State Custody at _____  ☐ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by: _____ on _____

**Charging Document:**    ☐ Complaint      ☐ Information        ☑ Indictment

**Total # of Counts:**    ☐ Petty _____  ☐ Misdemeanor _____  ☑ Felony __2__

Continue on Page 2 for Entry of U.S.C. Citations

☑    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
     accurately set forth above.

Date: __11/9/16__          Signature of AUSA: _[signature]_

JS 45  (5/97)  (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    Steven Beadles _____

### U.S.C. Citations

| | <u>Index Key/Code</u> | <u>Description of Offense Charged</u> | <u>Count Numbers</u> |
|---|---|---|---|
| Set 1 | 21 U.S.C. § 846 | Conspiracy to Distribute and to Possess with Intent to Distribute Methamphetamine | 1 |
| Set 2 | 21 U.S.C. § 841(a)(1) | Possession of Methamphetamine with Intent to Distribute | 3 |
| Set 3 | 21 U.S.C. § 853 | Drug Asset Forfeiture Allegation | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

USAMA *CRIM* - Criminal Case Cover Sheet.pdf  3/4/2013

## JS-45 ATTACHMENTS

**SEARCH WARRANTS**

15-4146-DHH
15-4184-DHH
15-4185-DHH
15-4186-DHH
15-4187-DHH
15-4428-DHH
16-4000-DHH
16-4001-DHH
16-4002-DHH
16-4004-DHH
16-4005-DHH
16-4006-DHH
16-4007-DHH
16-4008-DHH
16-4009-DHH
16-4010-DHH
16-4019-DHH
16-4061-DHH
16-4062-DHH
16-4063-DHH
16-4064-DHH
16-4065-DHH
16-4066-DHH
16-4067-DHH
16-4068-DHH
16-4069-DHH
16-4070-DHH
16-4071-DHH
16-4072-DHH
16-4073-DHH
16-4074-DHH
16-4075-DHH
16-4076-DHH
16-4077-DHH
16-4078-DHH
16-4079-DHH
16-4080-DHH
16-4081-DHH
16-4082-DHH
16-4083-DHH
16-4326-DHH

**TRACKING WARRANTS**

15-4193-DHH
15-4216-DHH
15-4298-DHH
15-4428-DHH